# EXHIBIT 1

**LA & SF SPECIALTY**

9/19/17

Name of the corporation, partnership, or LLC: Primitiva, Inc.

Check one: [X] Restaurant ☐ Hotel ☐ Caterer ☐ other: dba Hal's Bar and Grill

Business name and address: Hal's Bar + Grill

1025 Abbot Kinney Blvd.

Venice, CA 90291

Liquor license: 514811  Telephone No. 310-396-3105

**CONFIDENTIAL CREDIT APPLICATION**

Salesperson:

Monthly Purchases: 40,000

Terms Requested: 30 days

Resale No. 979597973

Number of years in business at this location with current owner: 2   Check One ☐ Sole Proprietorship ☐ Partnership [X] Corporation ☐ LLC

Full Name, Home Address, Home Phone and Social Security Number of Owner, or at least two Partners, Principals, or Officers:

DONALD NOVACK
12751 Millennium #428
Playa Vista, CA 90094
Home Phone:
Cell Phone: 310-503-6448
Social Security Number: ███████

MARY VERNIEU
841 Venezia Ave.
Venice, CA 90291
Home Phone: 310-490-2528
Cell Phone:
Social Security Number: ███████

Bank References:

| Bank Name | Complete Address Branch | Telephone Number | Account Number |
|---|---|---|---|
| Comerica | Century City Branch | 310-557-4000 | ███████ |

Trade References (Please list your four largest suppliers, including your produce and meat vendors).

| Name | Complete Address | Telephone Number | Account Number |
|---|---|---|---|
| SYSCO | 20701 E. Currier Rd. Walnut CA | 800-800-1199 | ███████ |
| The Chef's Warehouse | 16633 E. Gate Ave. City of Industry CA | 626-465-4200 | |
| Newport Meat | 1469 Hale Ave. Irvine, CA | 949-474-4040 | |
| Santa Monica Seafood | 18531 S. Broadwick St. Rancho Dominguez | 310-886-1905 | |

Landlord [ 2 years, _____ months]

| Name | Complete Address | Telephone Number |
|---|---|---|
| Wynkoop Properties | 1029 Abbot Kinney Blvd. Venice, CA 90291 | |

This application is submitted for the purpose of procuring credit from L.A. SPECIALTY CO., INC. and the Applicant offers the information herein as true and accurate and agrees to immediately notify L.A. SPECIALTY CO., INC., in writing, of any changes therein. Applicant agrees that all invoices are due and payable in Santa Fe Springs, California. Applicant further agrees that Applicant will pay 1½% per month service charge retroactive to the date of delivery on all invoice amounts paid after the granted terms. Applicant also agrees to pay all costs incurred in collecting past due payment of invoices, including, but not limited to, attorneys' fees, accounting fees, and court cost. The undersigned hereby grants permission for any of the above listed references to release all information relevant to the credit history of the Applicant, and further agrees that L.A. Specialty Co., Inc. may contact personal credit reporting agencies and use the undersigned's personal credit history in the credit approval process for the applicant.   Executed at Santa Fe Springs, California.

Applicant: Primitiva, Inc.                          Date: 9/19/17
[Name of Corporation, partnership, LLC, or owner]

Print Name and Title DONALD Novack, VP          Print Name and Title Mary Vernieu, Pres

_____                         _____
[Signature]                                        [Signature]

The undersigned, an officer, director, shareholder, partner, or owner of the Applicant, does hereby personally guarantee payment of all invoices billed to Applicant by L.A. SPECIALTY CO., INC., and does hereby waive the provisions of Sections 2845 and 2850 of the California Civil Code.

Executed at Santa Fe Springs, California.           Date: 9/19/17

_____                         _____
[Signature]                                        [Signature]

Print Name DONALD NOVACK                           Print Name MARY VERNIEU

Please email or fax to:
creditapps@laspecialty.com
562-741-1993

**LA & SF SPECIALTY**

Name of the corporation, partnership, or LLC: Hal's Bar & Grill Playa Vista LLC
Check one: ☑Restaurant ☐ Hotel ☐ Caterer ☐ other:
Business name and address: Hal's Bar & Grill
12751 W. Millennium Dr.
Playa Vista, CA 90094 #140
Salesperson: _____
Monthly Purchases: $10,000
Terms Requested: 30/30
Liquor license: pending   Telephone No. 424-228-4641   Resale No.: 103-047745

Number of years in business at this location with current owner: New   Check One ☐Sole Proprietorship ☐Partnership ☐Corporation ☑LLC

Full Name, Home Address, Home Phone and Social Security Number of Owner, or at least two Partners, Principals, or Officers:
DONALD P. NOVACK
12751 Millennium, #428
Playa Vista, CA 90094
Home Phone: _____
Cell Phone: 310-503-6713
Social Security Number: ████████

LINDA D NOVACK
Same address
Home Phone: _____
Cell Phone: 310-503-6703
Social Security Number: ████████

Bank References:
| Bank Name | Complete Address | Telephone Number | Account Number |
|---|---|---|---|
| Chase Bank | 12746 W. Jefferson Blvd #160 Playa Vista, CA 90094 | 310-754-2891 | ██████ |

Trade References [Please list your four largest suppliers, including your produce and meat vendors].
| Name | Complete Address | Telephone Number | Account Number |
|---|---|---|---|
| Sysco | 20701 E. Currier Rd., Walnut CA | 800-800-1199 | |
| Newport Meat | 16691 Hale Ave., Irvine, CA 92606 | | |
| Santa Monica Seafood | 18531 S. Broadwick St Rancho Domingo, CA 90220 | | |

Landlord [ _____ years, 9 months]
| Name | Complete Address | Telephone Number |
|---|---|---|
| Run Way Landlord, LLC | | 310-693-4690 |

This application is submitted for the purpose of procuring credit from L.A. SPECIALTY CO., INC. and the Applicant offers the information herein as true and accurate and agrees to immediately notify L.A. SPECIALTY CO., INC., in writing, of any changes therein. Applicant agrees that all invoices are due and payable in Santa Fe Springs, California. Applicant further agrees that Applicant will pay 1½% per month service charge retroactive to the date of delivery on all invoice amounts paid after the granted terms. Applicant also agrees to pay all costs incurred in collecting past due payment of invoices, including, but not limited to, attorneys' fees, accounting fees, and court cost. The undersigned hereby grants permission for any of the above listed references to release all information relevant to the credit history of the Applicant, and further agrees that L.A. Specialty Co., Inc. may contact personal credit reporting agencies and use the undersigned's personal credit history in the credit approval process for the applicant.   Executed at Santa Fe Springs, California.

Applicant: Hal's Bar & Grill Playa Vista, LLC   Date: 3/6/17
[Name of Corporation, partnership, LLC, or owner]

Print Name and Title DONALD P Novack        Print Name and Title LINDA Novack
_Donald P. Novack_ Prep                      _Linda Novack_
[Signature]                                  [Signature]

The undersigned, an officer, director, shareholder, partner, or owner of the Applicant, does hereby personally guarantee payment of all invoices billed to Applicant by L.A. SPECIALTY CO., INC., and does hereby waive the provisions of Sections 2845 and 2850 of the California Civil Code.

Executed at ~~Santa Fe Springs~~, California. Playa Vista   Date: 3/6/17

_Donald Novack_                             _Linda Novack_
[Signature]                                 [Signature]
Print Name DONALD NOVACK                     Print Name LINDA NOVACK

Please email or fax to:
creditapps@laspecialty.com
562-741-1993