FILED
2019 JUL 26 AM 11: 25

Donald P. Novack
Linda D. Novack
8117 W. Manchester Ave. # 568
Playa del Rey, CA 90293
(310) 503-7513

Defendants in Pro Se

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

L.A. SPECIALTY PRODUCE CO., a California corporation, dba L.A. SPECIALTY,

Plaintiff,

v.

DONALD NOVACK, an individual, LINDA NOVACK, an individual; MARY VERNIEU, an individual,

Defendants.

Case No. 2:19-cv-00705-SVW-KSx

ANSWER TO COMPLAINT

Defendants Donald P. Novack and Linda D. Novack answer the Verified Complaint of Patricia Arcuri, as follows:

1. These answering Defendants deny the allegations contained within the following paragraphs of the Complaint: 5, 8, 9, 12, 13, 14, 15, 20, 23, 24, 25, 27, 32, 33, 34, 35, 36, 37, 38, 41, 50, 51, 57, 59, 60, 61, 62, 64, 65, 66, 68, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82 and 86.

2. These answering Defendants admit the allegations contained within the following paragraphs of the Complaint: 1, 2, 4, 10, 11, 17, 18, 19, 43, 44, 45, 46, 55 and 88.

3. These answering Defendants lack information or belief as to the allegations and deny them on that basis for the following paragraphs of the Complaint: 16, 22, 26, 28, 29, 31, 40, 47, 52, 54, 58, 63, 67, 84, 85 and 87.

///

4. In answering paragraph 3, these answering Defendants deny having any connection to a business named Casalinoa Mexican Grill, the name was Casalinda Mexican Grill, the remainder of the allegation is admitted.

5. In answering paragraph 7 these answering Defendant incorporate by reference their answers to paragraphs 1 through 6, inclusive.

6. In answering paragraph 21, these answering Defendants incorporate by reference their answers to paragraphs 1 through 20, inclusive.

7. In answering paragraph 30, these answering Defendants incorporate by reference their answers to paragraphs 1 through 29, inclusive.

8. In answering paragraph 41, these answering Defendants deny diverting anything to themselves or other third persons, the remainder of the paragraph is admitted.

9. In answering paragraph 42, these answering Defendants these answering Defendants incorporate by reference their answers to paragraphs 1 through 41, inclusive.

10. In answering paragraph 48, these answering Defendants incorporate by reference their answers to paragraphs 1 through 47, inclusive.

11. In answering paragraph 56, these answering Defendants they were insiders but deny controlling PACA Trust Assets.

12. In answering paragraph 69, these answering Defendants incorporate by reference their answers to paragraphs 1 through 68, inclusive.

13. In answering paragraph 83, these answering Defendants incorporate by reference their answers to paragraphs 1 through 82, inclusive.

## AS A FURTHER AND SEPARATE DEFENSE, THEDE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

### FIRST AFFIRMATIVE DEFENSE

14. The Complaint in its entirety and the First, Second, Third, Fourth, Fifth Sixth and Seventh Causes of action fail to state causes of action against these answering Defendants.

///

## SECOND AFFIRMATIVE DEFENSE

12. These answering Defendants reserve the right to amend this Answer to assert additional affirmative defenses as they are discovered.

**WHEREFORE**, Defendants Donald P. Novack and Linda D. Novack pray for judgment as follows:

1. That judgment on the Complaint be entered in favor of Defendants and that Plaintiff take nothing by way of award;

2. For the costs of this proceeding, including, without limitation, attorneys' fees; and

3. For such further relief as the court may deem just and equitable.

Dated: July 26, 2019

By: _____
Donald P. Novack,
Defendant

By: _____
Linda D. Novack,
Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above-captioned matter at the electronic address as disclosed with the Court, or by sending the same via U.S. Postal Service.

Dated: July 26, 2019

By: /s/ Donald P. Novack
Donald P. Novack, Defendant

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**

June T. Monroe
Rynn and Janowsky LLP
june@rjlaw.com

**II. SERVED BY U.S. MAIL:**

June T. Monroe
Rynn and Janowsky LLP
2603 Main Street Suite 1250
Irvine, CA 92614