JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., <br><br> Plaintiff, <br><br> v. <br><br> DONALD NOVACK, an individual; and LINDA NOVACK, an individual, <br><br> Defendants. | CASE NO. 2:19-cv-00705-SVW-KS <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Having read and considered the Stipulation For Dismissal of Complaint with Prejudice filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff L.A. SPECIALTY PRODUCE CO., INC.'s complaint be and hereby is dismissed in its entirety, with prejudice, subject to the terms and conditions set forth in the settlement agreement and release executed between said parties.

The initial status conference set for September 30, 2019 is vacated and off-calendar.

SO ORDERED.

DATED: September 26, 2019

HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE